```
_____ FILED    _____ LODGED
              _____ RECEIVED
```

Jul 09, 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOHN LEONARD McNEAL, JR.<br><br>Defendant. | CASE NO. CR21-5224RJB<br><br>INFORMATION |

The United States Attorney charges that:

### COUNT 1
**(Possession of Heroin with Intent to Distribute)**

On or about October 8, 2020, in Lewis County, within the Western District of Washington and elsewhere, JOHN LEONARD McNEAL, JR., did knowingly and intentionally possess, with the intent to distribute, heroin, a Schedule I substance controlled under Title 21, United States Code, Section 812.

It is further alleged that this offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

//

**FORFEITURE ALLEGATION**

The allegations contained in this Information are realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the felony offense charged in Count One above, the defendant, JOHN LEONARD McNEAL, JR., shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

**Substitute Assets.** If any of the property described above, as a result of any act or omission of the defendant:

　　a.　cannot be located upon the exercise of due diligence;
　　b.　has been transferred or sold to, or deposited with, a third party;
　　c.　has been placed beyond the jurisdiction of the court;
　　d.　has been substantially diminished in value; or
　　e.　has been commingled with other property which cannot be divided without difficulty,

//

//

//

it is the intent of the United States to seek the forfeiture of any other property of the Defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this __6th___ day of July, 2021.

*Sarah Y. Vogel, for*
TESSA M. GORMAN
Acting United States Attorney

*Angelica Williams, for*
GRADY J. LEUPOLD
Assistant United States Attorney

*Angelica Williams*
ANGELICA J. WILLIAMS
Assistant United States Attorney